**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80569-CIV-MARRA

JASON GOLDSTEIN and TAMMY
HUTTEMEYER, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

FANDANGO MEDIA, LLC,

    Defendant.
_____/

**ORDER**

This matter, having come before the Court on the Parties' Joint Motion for Extension of Time [DE 17], for the reasons provided therein and for good cause shown, the Court GRANTS the Motion. Plaintiffs shall file their Reply in Support of the Motion to Amend by **July 12, 2022**. Defendant shall file its Reply in Support of the Motion to Dismiss by **July 25, 2022**.

DONE AND SIGNED in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of July, 2022.

                                                   KENNETH A. MARRA
                                                   United States District Judge

cc:    All counsel of record