UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80569-CIV-MARRA

JASON GOLDSTEIN and TAMMY
HUTTEMEYER, individually and on behalf
of all others similarly situated,

Plaintiffs,

vs.

FANDANGO MEDIA, LLC,

Defendant.
_____/

## ORDER

This cause is before the Court *sua sponte*.

On July 15, 2022, Plaintiffs filed a Second Amended Complaint (DE 25). Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (DE 10) is **DENIED AS MOOT** without prejudice to Defendant reasserting those arguments against the amended pleading.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of July, 2022.

KENNETH A. MARRA
United States District Judge