## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JASON GOLDSTEIN and TAMMY HUTTEMEYER, individually and on behalf of all others similarly situated, | Case No. 9:22-cv-80569-KAM |
| Plaintiffs, | Hon. Kenneth A. Marra |
| v. | Hon. Bruce E. Reinhart |
| FANDANGO MEDIA, LLC, | |
| Defendant. | |

### JOINT STATUS REPORT

Plaintiffs Jason Goldstein and Tammy Huttemeyer ("Plaintiffs") and Defendant Fandango Media, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly file this Joint Status Report pursuant to the Court's March 20, 2023 Order (ECF No. 59).

The Parties held a mediation on May 9, 2023. The Parties are continuing to discuss a potential resolution of this matter and respectfully request until **June 7, 2023** to provide the Court with another status report regarding their settlement efforts and, if those efforts have concluded without success, a revised proposed scheduling order. The Parties further respectfully request that all deadlines in this matter remain stayed while the Parties discuss a potential resolution.

Respectfully submitted,

Dated: May 17, 2023

**BURSOR & FISHER, P.A.**

By: */s/ Christopher R. Reilly*

Christopher R. Reilly (SBN 1025097)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512

1

Facsimile: (305) 676-9006
E-Mail: creilly@bursor.com

*Attorney for Plaintiffs*

Dated: May 17, 2023

**ZWILLGEN PLLC**

By: */s/ Nury Siekkinen*

Nury Siekkinen (SBN 1015937)
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
E-Mail: nury@zwillgen.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF this May 17, 2023 on all parties of record.

By: */s/ Christopher R. Reilly*
Christopher R. Reilly