# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JASON GOLDSTEIN and TAMMY HUTTEMEYER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>FANDANGO MEDIA, LLC,<br><br>      Defendant. | Case No. 22-80569-CIV-MARRA |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Jason Goldstein and Tammy Huttemeyer, by and through undersigned counsel of record, hereby dismiss claims against Defendant Fandango Media, LLC without prejudice. Each party will bear their own costs and fees.

Dated: June 15, 2023      Respectfully submitted,

                By: */s/ Christopher R. Reilly*
                   Christopher R. Reilly

                **BURSOR & FISHER, P.A.**
                Christopher R. Reilly (SBN 1025097)
                701 Brickell Avenue, Suite 1420
                Miami, FL 33131
                Telephone: (305) 330-5512
                Facsimile: (305) 676-9006
                E-Mail: creilly@bursor.com

                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         By: */s/ Christopher R. Reilly*
                                                 Christopher R. Reilly