UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-80569-KAM

JASON GOLDSTEIN and TAMMY HUTTEMEYER, *individually and on behalf of all others similarly situated*,

      Plaintiffs,

v.

FANDANGO MEDIA, LLC,

      Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiffs Jason Goldstein and Tammy Huttemeyer's Notice of Voluntary Dismissal without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) (DE 62). This type of dismissal is effective immediately upon filing and self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277-78 (11th Cir. 2012) (citations omitted).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of June, 2023.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record